FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 DEC 10  P 4: 03

CAROL L. MICHEL
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS**
**OF THE FEDERAL GUN CONTROL ACT**

**SEALED**

**FELONY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-176** |
| **v.** | * | **SECTION: SECT.R MAG3** |
| **SHAWN BREAUX** | * | **VIOLATIONS: 18 U.S.C. § 922(g)(1)** |
| | * | **18 U.S.C. § 922(o)** |
| | * | **18 U.S.C. § 924(a)(2)** |

*       *       *

The Grand Jury charges that:

## COUNT 1

On or about October 8, 2021, in the Eastern District of Louisiana, the defendant, **SHAWN BREAUX,** knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction in case number 517-428 "A," in Orleans Parish Criminal District Court, State of Louisiana, for three counts of Attempted Second Degree Murder, in violation of LA-R.S. 14:(27)30.1, and one count of Accessory After the Fact to Second Degree Murder, in violation of LA-R.S. 14:(25)30.1, did knowingly and intentionally possess firearms, to wit: a .45 caliber ACP Glock 21 handgun, serial number PGK005, and a .40 caliber Glock 23 handgun, serial number BBMD641, said firearms having been in and affecting interstate

Fee____ USA
___Process_____
_X_ Dktd_____
___CtRmDep_____
___Doc.No._____

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Possession of a Machine Gun)

On or about October 8, 2021, in the Eastern District of Louisiana, the defendant, **SHAWN BREAUX**, did knowingly possess a machinegun, that is, a .45 caliber ACP Glock 21 handgun, serial number PGK005, with a Glock auto-sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

1.      The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States

2.      As a result of the offenses alleged in Counts 1 and 2, the defendant, **SHAWN BREAUX**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> ACP Glock 21, .45 caliber handgun, bearing serial number PGK005, with a Glock auto-sear, loaded with twelve (12) rounds of Winchester brand, .45 caliber ACP ammunition;

> Glock 23, 40 caliber handgun, bearing serial number BBMD641, loaded with twenty-one (21) rounds of Smith and Wesson .40 caliber ammunition;

> Glock pistol accessory known as a "micro roni".

3.      If any of the above-described property, as a result of any act or omission of the defendant:

> a.      cannot be located upon the exercise of due diligence;

> b.      has been transferred or sold to, or deposited with, a third person;

> c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

INGA PETROVICH
Assistant United States Attorney

New Orleans, Louisiana
December 10, 2021

3

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**SHAWN BREAUX**

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS: 18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 922(o)**
**18 U.S.C. § 924(a)(2)**

_Filed in open court this_ _____ _day of_ _____

_____ _A.D._

_2021._

_____
_Clerk_

_Bail, $_____

**INGA PETROVICH**
**Assistant United States Attorney**